UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMZY FAISAL,<br><br>Defendant. | 24-cr-304 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Monday, May 20, 2024 at 10:30 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 17, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge