UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMZY FAISAL,<br>                              Defendant. | 24-cr-304 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties are hereby ordered to file a joint status letter, no later than August 22, 2024, advising the Court on the status of this case and any proposals as to matters to be addressed at the August 26, 2024 conference.

    SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                                                  ARUN SUBRAMANIAN
                                                     United States District Judge