UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           -against-<br><br>ROBERT PIZARRO,<br><br>                              Defendant. | 17-cr-151 (AS)<br>24-cv-2414 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 9, 2024 Order, Dkt. 19, Defendant was required to submit a letter to this Court by August 23, 2024 indicating whether he requests the appointment of counsel to assist him in his habeas and other pending motions. To date, Defendant has not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 9, 2024.** If he requests counsel, Defendant should fill out and return the attached CJA financial affidavit.

      SO ORDERED.

Dated: August 26, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                         United States District Judge

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES**  ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify Below)*

IN THE CASE OF

_____ V. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)*  ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?  ☐ Yes  ☐ No
**IF YES,** how much do you earn per month? _____  Will you still have a job after this arrest?  ☐ Yes  ☐ No  ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** give the total approximate amount after monthly expenses  $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit Cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child Support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)   Date

_____   APPROVED   DENIED
FD/CJA/RET. ATTORNEY   (PRINT)

_____   _____
ASSISTANT UNITED STATES ATTORNEY   (PRINT)   SIGNATURE OF JUDICIAL OFFICER   DATE