**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :          ORDER
                                        :
                                        :
                                        :
                                        :                _____
                                        :                    Docket #
----------------------------------------x
```

_____, **DISTRICT JUDGE:**
          Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____

                                Attorney's Name


                              **SO ORDERED.**

                        _____
                        **UNITED STATES DISTRICT JUDGE**



          August 30, 2024
**Dated:   New York, New York**