UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

RAMZY FAISAL,

                Defendant.

24-cr-304 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

By separate order, the Court has appointed new CJA counsel to represent the Defendant. The conference scheduled for tomorrow, September 12, 2024, is hereby adjourned to Wednesday, September 25, 2024, at 4:00 PM. In advance of the conference, counsel for Mr. Faisal shall inform the Court of any proposed next steps for the conference.

If the Government wishes to exclude time through the date of the next conference, it may submit an application seeking exclusion under the Speedy Trial Act.

SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge