**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :         ORDER
                                       :
Ramzy Faisal                           :
                                       :       24-cr-304 (AS)
                                       :         Docket #
                                       :
---------------------------------------x
```

<u>Arun Subramanian</u>, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case <u>Christine Delince</u> is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to <u>Jill Shellow</u>.

    Attorney's Name

SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

September 11, 2024
**Dated:   New York, New York**