

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

September 11, 2024

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ramzy Faisal*, 24 Cr. 304 (AS)

Dear Judge Subramanian:

The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act between September 12, 2024 and the next conference scheduled in this matter on September 25, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by excluding time until the date of the next conference outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the defendant's new counsel to meet with her client and review the discovery in this matter, and will allow the parties to discuss a potential disposition. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Rebecca R. Delfiner
      Brandon D. Harper
      Rebecca R. Delfiner
      Assistant United States Attorney
      (212) 637-2209 / 2427

cc:   Jill Shellow, Esq. (via ECF)

Application GRANTED. The time between today, September 12, 2024, and Wednesday, September 25, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defendant's new counsel to consult with her client and review any materials, and because it will provide the parties with time needed to discuss a potential pretrial resolution of the case.

The Clerk of Court is directed to terminate the motion at ECF No. 19.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 12, 2024