UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>RAMZY FAISAL,<br>                       Defendant. | 24-cr-304 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for January 15, 2025, will now take place on **Wednesday, February 26, 2025** at **4:00 PM**.

      SO ORDERED.

Dated:  December 10, 2024
            New York, New York

                                                          ARUN SUBRAMANIAN
                                                  United States District Judge