UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAMZY FAISAL,

Defendant.

24-cr-304 (AS)

REVISED
SCHEDULING ORDER

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for

April 16, 2025, will now take place on **Tuesday, May 20, 2025** at **4:00 PM**.

SO ORDERED.

Dated: April 16, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge