# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

SO ORDERED. The Clerk of
Court is respectfully directed to
terminate the motion at ECF No. 38.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: May 14, 2025

May 12, 2025

**BY EMAIL AND ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
SubramanianNYSDChambers@nysd.uscourts.gov

RE:    *United States v. Ramzy Faisal,* **24-cr-304 (AS)**

Dear Judge Subramanian:

I am writing to make a formal request for a second extension of time until today to file the sentencing memorandum on behalf of Ramzy Faisal. I inadvertently left town for Mother's Day weekend without the power cord for my computer and thus was unable to file the submission on Friday, May 9. The Government consented to this request so long as the deadline for filing its submission was moved to May 17.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:    All Counsel (by email)
       Ramzy Faisal (by legal mail)

Admitted: NY, CT, DC