# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

May 20, 2025

> Application GRANTED. The sentencing is hereby adjourned to Thursday, June 5, 2025, at 4:00 PM. In the meantime, the parties are requested to advise the Court how much time Mr. Faisal spent in custody for his convictions listed in paragraphs 43-44 of the PSR.
>
> The Clerk of Court is respectfully directed to terminate the motion at Dkt. 42.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: May 20, 2025

**BY EMAIL AND ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
SubramanianNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Ramzy Faisal,* 24-cr-304 (AS)

Dear Judge Subramanian:

    I am writing to request that the sentencing for Ramzy Faisal be adjourned from today until Thursday, June 5 at 4:00 PM. I have conferred with the prosecutors and they are available at that time. I mistakenly advised Mr. Faisal's family of the wrong date, and Mr. Faisal did not know that he had to be in court today. I apologize for any inconvenience that I have caused to Your Honor, to the Government and to Mr. Faisal and his family.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   All Counsel (by email)
      Maldiya Faisal (by email)
      Ramzy Faisal (by legal mail)

Admitted: NY, CT, DC