UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMZY FAISAL,<br>                    Defendant. | 24-cr-304 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Today's sentencing is hereby ADJOURNED. Defense counsel and the prosecution are hereby ORDERED to meet and confer on a last-and-final rescheduled date for sentencing and report back to the Court on or before **June 6, 2025**. Defense counsel must speak with Faisal in person in advance of the rescheduled date to ensure that he understands what is going to happen and when. Defense counsel must file a letter with the Court confirming that this in-person discussion happened.

    On the rescheduled date, if the facility still encounters difficulty in producing the defendant, a force order will issue without further inquiry to the parties.

    SO ORDERED.

Dated: June 5, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge