UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>RAMZY FAISAL,<br>                              Defendant. | 24-cr-304 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing in this matter will now take place on **Friday, June 13, 2025** at **4:00 PM**.

    SO ORDERED.

Dated: June 6, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge