UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -against-<br><br>RAMZY FAISAL,<br>                              Defendant. | 24-cr-304 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The sentencing proceeding scheduled for June 13, 2025 was ADJOURNED. Defense counsel and the prosecution are hereby ORDERED to meet and confer on a rescheduled date for sentencing. The Court is generally available any weekday after 4 pm.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge