UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAMZY FAISAL,<br><br>                    Defendant. | 24-cr-304 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The sentencing is this matter, previously scheduled for June 13, 2025, will now take place on **July 8, 2025**, at **4:00 PM**. In advance of sentencing, defense counsel must speak with Faisal in person to ensure that he understands what is going to happen and when. Defense counsel must file a letter with the Court confirming that this in-person discussion happened. On the rescheduled date, if the facility encounters difficulty in producing the defendant, a force order will issue without further inquiry to the parties.

      SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                    ARUN SUBRAMANIAN
                                    United States District Judge