# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

July 17, 2025

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 58.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: July 18, 2025

**BY EMAIL AND ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
SubramanianNYSDChambers@nysd.uscourts.gov

RE:   *United States v. Ramzy Faisal,* 24-cr-304 (AS)

Dear Judge Subramanian:

I respectfully request that Your Honor enter an Order directing that the following language describing Ramzy Faisal's relationship with Socorro Garzon be inserted into the final Presentence Report (PSR).

In 2007, Faisal met Socorro Garzon Rivera while he was selling candy in New York City subway cars. They were both 12 years old. Ms. Garzon knew members of Faisal's extended family and they occasionally ran into one another when Ms. Garzon was visiting in his neighborhood. Faisal reported that during this time he and Ms. Garzon were just casual acquaintances. Ms. Garzon works as a manager of a retail store. In late 2021, their friendship grew into a romantic relationship. In October 2023, Faisal asked Ms. Garzon to marry him, and they became engaged. Ms. Garzon has been supportive of Faisal and plans to be with him when Faisal is released from prison.

The government has no objection to this request.

Respectfully submitted,

*[signature]*

Jill R. Shellow

cc:   All Counsel (by email)
      Ramzy Faisal (by legal mail)

Admitted:  NY, CT, DC